# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

KATHERINE RODRIGUEZ,
individually and on behalf of all
others similarly situated,

    *Plaintiff,*

      v.

WISP, INC.,

    *Defendant.*

_____/

Case No.: 6:24-cv-01988-WWB-DCI

# PLAINTIFF'S NOTICE OF
# VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), PLAINTIFF KATHERINE

RODRIGUEZ, hereby voluntarily dismisses this action with prejudice.


Dated:  December 16, 2024

    */s/ Gerald D. Lane, Jr.*_____
FAARIS K. UDDIN, ESQ.
Florida Bar No.: 10544704
E-mail: faaris@jibraellaw.com
ZANE C. HEDAYA, ESQ.
Florida Bar No.: 1048640 E-mail:
zane@jibraellaw.com
GERALD D. LANE, JR., ESQ.
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301

*COUNSEL FOR PLAINTIFF*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 16, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ Gerald D. Lane, Jr.</u>
GERALD D. LANE, JR., ESQ.
Florida Bar No.: 1044677